NEAL, Administrator *v.* HIGH.

ERROR to the *Vigo* Circuit Court.

*Per Curiam.*—The judgment is affirmed with costs upon the evidence. The record presents no other question. There is only a general assignment of error.

GOOKINS, J., having been concerned as counsel, was absent.

*J. P. Usher*, for the plaintiff.

*S. B. Gookins*, for the defendant.